**STRASSER ASATRIAN, LLC**
72 S. Maple Avenue, 1st Floor, Ridgewood, New Jersey 07450
Tel.: 973-735-2716 | hasatrian@strasserasatrian.com

November 14, 2026

SO ORDERED this 15th day of November 20 26
Christine P. O'Hearn
United States District Judge

**Via ECF**
Honorable Christine P. O'Hearn, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re: ***Coronel Oquendo v. Warden, Delaney Hall Detention Facility*, No. 1:26-cv-14468-CPO**
**Request that the Court defer action on Petitioner's pro se letter (ECF No. 8)**

Dear Judge O'Hearn:

This firm entered its appearance today on behalf of Petitioner Sara Victoria Coronel Oquendo (ECF No. 9). Petitioner previously proceeded pro se.

On reviewing the docket after appearing, counsel learned that Petitioner submitted a letter dated November 12, 2026, docketed November 13, 2026 (ECF No. 8), asking the Court to dismiss her Petition without prejudice. We respectfully request that the Court defer any action on that letter until November 20, 2026, so that counsel can confer with Petitioner and advise the Court of her position.

The reasons for this request are as follows. Petitioner is detained at Delaney Hall. Counsel is informed that she does not speak English; ECF No. 8 is written in English. This firm was retained through Petitioner's family, who relayed her request for representation in this matter, and counsel has not yet been able to speak with her directly. Counsel has been informed today, by her family and by the person who assisted her with her pro se filings, that she wishes to proceed with her Petition now that she has counsel; counsel will confirm that with her directly. Counsel has requested a legal call and visit through the facility and will meet with her, with an interpreter, at the first opportunity. Counsel will then promptly inform the Court in writing whether Petitioner wishes to proceed with her Petition or to stand on her request for dismissal.

ECF No. 8 is styled as a request addressed to the Court, and Petitioner respectfully asks that it be treated as such, rather than as a self-executing notice under Fed. R. Civ. P. 41(a)(1)(A)(i), until counsel has conferred with her. A brief deferral will not prejudice Respondents. Petitioner further requests that the Court's order enjoining her transfer from New Jersey remain in effect in the interim.

Respondents filed their response to the Court's November 7, 2026 Order on November 13, 2026 (ECF No. 7). Petitioner respectfully requests leave to file a reply to that submission through counsel on or before November 23, 2026, should she confirm that she wishes to proceed.

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Haroutyun Asatrian
Haroutyun Asatrian, Esq.
*Attorney for Petitioner*

cc: Elizabeth F. Vieyra, AUSA, and John F. Basiak, AUSA (via ECF and email)